# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19CR3999-WQH |
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE |
| ALEXIS SOLARES-ARVIZU | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice as to Defendant ALEXIS SOLARES-ARVIZU.

IT IS SO ORDERED.
Dated: March 25, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court